Cv 01-1033 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **June 1, 2002**. **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: January 7, 2002.

FILED JAN 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

| | | |
|---|---|---|
| 1. | Cornelius Ambe | Eric Satre<br>612-344-1221 |
| | vs CV 00-2636 RHK/SRN<br>COURT | |
| | Metallurgical, Inc. | Kathleen Mahoney<br>641-605-2000 |
| 2. | Midwest Agriculture<br>Warehouse Company | Randall Kahnke<br>612-766-7000 |
| | vs CV 01-68 RHK/JMM<br>JURY | |
| | American Prairie Inc.<br>etal | Thomas Melloy<br>320-252-4414 |
| 3. | Belton Electronics Corporation | Joseph Sokolowski<br>612-333-2111<br>Shane Blackstone<br>312-443-0700 |
| | vs CV 01-306 RHK/SRN<br>JURY | |
| | Starkey Laboratories Inc. | Peter Lancaster<br>612-340-2600 |
| 4. | B M B | Robert Hennessey<br>612-371-3211 |
| | vs CV 01-355 RHK/JMM<br>JURY | |
| | State Farm Fire and Casualty<br>Company | C Todd Koebele<br>651-227-9411 |

5. **Todd D. Schuler** **Judith Schermer**
**612-843-5400**

**vs CV 01-1033 RHK/JMM**
**JURY**

**Supervalu Inc.** **Paul Zech**
**612-339-6321**