**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Todd D. Schuler,

Plaintiff,

v.

SuperValu, Inc., a foreign corporation,

Defendant.

Civil No. 01-1033 (RHK/JMM)

**ORDER**

---

Before the Court is a "stipulated motion" to continue the June 1, 2002 trial ready status of this case to the Court's next time block (July, 2002).

The Court will deny the motion, but will accommodate counsel's vacation conflict by scheduling the matter for trial on either May 20 or May 27, 2002.

Dated: February 5, 2002

Richard H. Kyle
United States District Judge

FEB 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK