**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TODD D. SCHULER,

Plaintiff,

vs.

CV 01-1033 RHK/JMM

SUPERVALU, INC., a
foreign corporation,

Defendant.

**NOTICE OF JURY TRIAL**

A JURY TRIAL is scheduled for May 20, 2002, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

March 11, 2002

RICHARD SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

MAR 1 1 2002