**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Todd D. Schuler,

Plaintiff,

v.

Civil No. 01-1033 (RHK/JMM)
**ORDER**

Supervalu, Inc.,

Defendant.

---

Defendant's Motion for Summary Judgment will be heard on May 3, 2002 at 9:00 a.m. in Saint Paul, Minnesota.

Plaintiff shall serve and file (at the Saint Paul Clerk's Office) responsive papers by April 25, 2002, and Defendant shall serve and file (at the Saint Paul Clerk's Office) its reply memorandum by April 30, 2002.

Dated: April 2, 2002

RICHARD H. KYLE
United States District Judge

APR 0 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK