**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TODD D. SCHULER,

Plaintiff,

vs.

CV 01-1033 RHK/JMM

SUPERVALU INC., A foreign corporation,

Defendant.

**NOTICE OF MOTION HEARING**

The Motion for Summary Judgment has been rescheduled to Friday, May 3, 2002, at 8:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

April 17, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed APR 17 2002
Richard D. Sletten, Clerk

By: