UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TODD D. SCHULER, CIVIL NO. 01-1033 (RHK/JMM)

Plaintiff,

v. ORDER

SUPERVALU INC.,

Defendant.

The above matter came on before the undersigned upon Defendant's Motion to Amend the Scheduling Order [Docket No. 30]. There was no objection by Plaintiff.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion to Amend the Scheduling Order [Docket No. 30] is denied without prejudice.

Dated: April 29, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The Parties are finalizing the submission of written pleadings with respect to Defendant's Motion for Summary Judgment, and oral argument is to be expected soon. The determination of that dispositive Motion will have an impact on the basis for and the merits of the Motion to alter the Scheduling Order. Accordingly, the Motion is denied, but without prejudice.

J.M.M.

APR 29 2002

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________