# *United States District Court*
## *District of Minnesota*
### *Minneapolis, Minnesota*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 01-1033 RHK/JMM
Title of Action: Todd D. Schuler vs SuperValu, Inc.,

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by SuperValu, Inc., in the above entitled action on August 20, 2003.

The briefing schedule for taxation of costs is as follows:

Objections are to be submitted in writing within 10 days of date of this notice.

A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: August 21, 2003

RICHARD D. SLETTEN, CLERK

By G. Schneider
Gloria Schneider, Deputy Clerk