UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Todd D. Schuler,

Plaintiff, Civil No. 01-1033 (RHK/JMM)

v.

Supervalu, Inc.,
a foreign corporation,

Defendant.

## COST JUDGMENT

The costs of Defendants have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $150.00 | $150.00 |
| Fees for service of Summons and Subpoena | $56.00 | $0 |
| Fees of the court reporter | $1,526.50 | $1,526.50 |
| Fees for witnesses and subpoenas | $94.00 | $94.00 |
| Fees for exemplification and copies | $147.50 | $147.50 |
| Other costs | $424.67 | $0 |
| TOTAL: | $2,398.67 | $1918.00 |

Costs, therefore, are taxed in the sum of One Thousand Nine Hundred Eighteen and 00/100 Dollars ($1918.00) in favor of Defendant Supervalu, Inc., and against Plaintiff Todd D. Schuler and judgment is entered accordingly. Motion for review by the Court may be made

FILED SEP 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of September 16, 2003.

RICHARD D. SLETTEN, CLERK

By____________________________
Brian J. Saame
Law Clerk